# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,

                Appellant,

vs.

ERNEST MILLER; AND CAPUCINE
YOLANDA HOLMES,

                Respondents.

No. 84005

**FILED**

JAN 0 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order. To the extent appellant wishes to challenge findings from a prove up hearing possibly held December 21, 2021, no written order has been filed. Before a written order is signed and entered by the court, any notice of appeal is prematurely filed and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

                                          , J.
                    Hardesty

                         , J.                                  , J.
Stiglich                                      Herndon

cc: Hon. Michael Villani, District Judge
Wilbert Roy Holmes
Ernest Miller
Heaton Fontano, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A